# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK SWANSON,**<br><br>Petitioner,<br><br>v.<br><br>SCOTT KERNAN, Secretary of CDCR<br><br>Respondent. | **Case No. LA CV 16-04974-VBF-MRW**<br>**ORDER**<br>**Adopting Report & Recommendation**<br>**Denying the Habeas Corpus Petition**<br>Directing Separate COA Order;<br>Directing Separate Final Judgment;<br>Terminating and Closing the Case (**JS-6**) |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    The Court will rule on a certificate of appealability by separate order.

1    IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice. As required by Federal Rule of Civil
3 Procedure, judgment will be entered as a separate document.

Dated: Friday, January 27, 2017    _____

HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE