# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK SWANSON,** | **Case No. LA CV 16-04974 VBF** |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| SCOTT KERNAN, Secretary of CDCR, | |
| Respondent. | |

    Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the Habeas Corpus Petition, Directing the Entry of Separate Order Ruling on a Certificate of Appealability, Directing the Entry of Separate Judgment, and

1  Terminating the Case, **final judgment is hereby entered in favor of the**
2  **respondent and against petitioner Erik Swanson.**

Dated:  Friday, January 27, 2017   _/s/ Valerie Baker Fairbank_____

                                  HON. VALERIE BAKER FAIRBANK
                            SENIOR UNITED STATES DISTRICT JUDGE